DANA M.O. VIOLA                6095
Corporation Counsel

WILLIAM R.K. AWONG        8329
PAUL S. AOKI                      1286
RICHARD D. LEWALLEN    7092
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone:   (808) 768-5111 / (808) 768-5132 / (808) 768-5242
Facsimile:    (808) 768-5105
Email address: wawong@honolulu.gov / paoki@honolulu.gov / rlewallen@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
PAUL V. NOBRIGA, WAYNE SILVA,
AND MALO B. TORRES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEVEN A. HYER, Individually and as Personal Representative of THE ESTATE OF STEVEN K. HYER, CASSI H. HYER, THERESA L. CHANG,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, PAUL V. NOBRIGA, in his individual capacity, WAYNE SILVA, in his individual capacity, and MALO B. TORRES, in his individual capacity,<br><br>Defendants. | CIVIL NO. 19-00586 HG-RT<br><br>**STIPULATION TO TAKE DEPOSITIONS AFTER DISCOVERY CUTOFF**<br><br><br><br><br><br>Trial Date: September 20, 2022<br>Trial Judge: Honorable Helen Gillmor |

## STIPULATION TO TAKE DEPOSITIONS
## AFTER DISCOVERY CUTOFF

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel, that the parties may take depositions in the above-entitled case until August 22, 2022.

DATED: Honolulu, Hawai'i, July 7, 2022.

/s/ Peter C. Hsieh
PETER C. HSIEH
GEORGE A. BURKE
Attorneys for Plaintiffs
STEVEN A. HYER, Individually and as
Personal Representative of THE ESTATE OF
STEVEN K. HYER, and CASSI H. HYER

DATED: Honolulu, Hawai'i, July 7, 2022.

/s/ Myles S. Breiner
MYLES S. BREINER
Attorney for Plaintiff
THERESA L. CHANG

//

//

//

//

//

Civ. No. 19-00586 HG-RT; *Hyer, et al. v. City and County of Honolulu, et al.*;
Stipulation to Take Depositions After Discovery Cutoff.

DATED:  Honolulu, Hawai'i, July 7, 2022.

DANA M.O. VIOLA
Corporation Counsel

By /s/ Paul S. Aoki
`
WILLIAM R.K. AWONG
PAUL S. AOKI
RICHARD D. LEWALLEN
Deputies Corporation Counsel

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
PAUL V. NOBRIGA, WAYNE SILVA,
and MALO B. TORRES

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai'i, July 8, 2022.



Rom A. Trader
United States Magistrate Judge

Civ. No. 19-00586 HG-RT; *Hyer, et al. v. City and County of Honolulu, et al.*;
Stipulation to Take Depositions After Discovery Cutoff.