# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIV. NO. 19-00586 HG-RT |
| CASE NAME: | Steven A. Hyer, Individually and as Personal Representative of the Estate of Steven K. Hyer; Theresa L. Chang; Cassi H. Hyer v. City and County of Honolulu; Wayne Silva; Paul V. Nobriga; Malo B. Torres; John Does 4-10; Jane Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10; Doe Unincorporated Organizations 1-10 |
| ATTYS FOR HYER PLAS: | Peter C. Hsieh<br>George A. Burke |
| ATTY FOR PLA CHANG: | Myles S. Breiner |
| ATTYS FOR DEFS: | Kalikolehuaopanewa J. Warrington<br>Richard Duncan Lewallen<br>Paul S. Aoki<br>William R.K. Awong |

| | |
|---|---|
| JUDGE: | Helen Gillmor |
| DATE: | July 28, 2022 |

Due to the COVID-19 pandemic and backlog of criminal trials, the current trial date of September 20, 2022 is **VACATED.** The trial-related deadlines that have not passed are also **VACATED.**

The deadlines in the Rule 16 Scheduling Order that have passed remain closed.

A Status Conference is set for Wednesday, September 21, 2022, at 10:30 a.m., before the Honorable Helen Gillmor.

Submitted by: Rachel Sharpe, Courtroom Manager