LAW OFFICE OF PETER C. HSIEH, LLC
PETER C. HSIEH    3204
*- and -*
LAW OFFICE OF GEORGE A. BURKE
GEORGE A. BURKE    7821
Davies Pacific Center
841 Bishop St., Ste. 2201
Honolulu, Hawaii  96813
Tel.: (808) 521-3336
Fax: (808) 566-0347
Email: hsiehlaw808@gmail.com
           gaburke96825@gmail.com

Attorneys for Plaintiffs
 STEVEN A. HYER, Individually and
as Personal Representative of THE ESTATE OF
STEVEN K. HYER, and CASSI H. HYER

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN A. HYER, Individually and as Personal Representative of THE ESTATE OF STEVEN K. HYER, CASSI H. HYER, and THERESA L. CHANG,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF HONOLULU, PAUL V. NOBRIGA, in his individual capacity, WAYNE SILVA, in his individual capacity, and MALO B. TORRES, in his individual capacity,<br><br>                Defendants. | CIV. NO. 19-00586 HG-RT<br><br>STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE OF PLAINTIFF CASSI H. HYER AND TO AMEND CAPTION; ORDER<br><br><br><br><br><br><br><br><br><br>Trial Judge: Helen Gillmor<br><br>Trial Date: (Administratively Closed) |

STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE
OF PLAINTIFF CASSI H. HYER AND TO AMEND CAPTION

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that Plaintiff Cassi Hyer and any and all of her claims against the above-named Defendants are hereby dismissed with prejudice. All claims of Plaintiff Theresa L. Chang were dismissed by the Court's Order Granting Defendants' Motion for Summary Judgment on February 3, 2023 [ECF 178] and the Clerk's Judgment of the Decision by Court on February 3, 2023 [ECF 179]. Plaintiff Chang was not a party to the Notice of Appeal filed by Plaintiff Steven A. Hyer, Individually and as Personal Representative of The Estate Of Steven K. Hyer, on March 3, 2023 [ECF 181]. Each party shall bear its own costs and attorney's fees. All parties who have appeared and remain in this action have signed this stipulation. All other claims, parties or issues remain in this action.

IT IS FURTHER HEREBY STIPULATED that the caption of the above-entitled case be amended to "STEVEN A. HYER, Individually and as Personal Representative of THE ESTATE OF STEVEN K. HYER v. CITY AND COUNTY OF HONOLULU, PAUL V. NOBRIGA, in his individual capacity, WAYNE SILVA, in his individual capacity, and MALO B. TORRES, in his individual capacity."

DATED:  Honolulu, Hawaii, December 19, 2024.

/s/ *Peter C. Hsieh*
PETER C. HSIEH
GEORGE A. BURKE

Attorneys for Plaintiffs
STEVEN A. HYER, Individually and
as Personal Representative of THE
ESTATE OF STEVEN K. HYER, and
CASSI H. HYER

DATED:  Honolulu, Hawaii, December 19, 2024.

DANA M.O. VIOLA
Corporation Counsel

By /s/ *William R.K. Awong*
  PAUL S. AOKI
  WILLIAM R.K. AWONG

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
PAUL V. NOBRIGA, WAYNE SILVA,
and MALO B. TORRES

DATED: Honolulu, Hawaii, January 6, 2025.
APPROVED AND SO ORDERED:



Helen Gillmor
United States District Judge

Steven A. Hyer, et al. v. City and County of Honolulu, et al.; Civ. No. 19-00586 HG-RT; STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE OF PLAINTIFF CASSI H. HYER AND TO AMEND CAPTION; ORDER